USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                :
STEPHEN BARNES,                :
                :
          Plaintiff,  :
                :    19-cv-10812 (VSB)
    -against-     :
                :    **ORDER**
DXC TECHNOLOGY SERVICES LLC,  :
                :
          Defendant.  :
                :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    In light of the current public health crisis, it is hereby:

    ORDERED that the parties are directed to meet and confer and, within thirty (30) days, submit a joint letter and proposed case management plan and scheduling order for the Court's review. In the parties' joint letter, the parties shall apprise the Court of any case-related issues that warrant immediate attention.

SO ORDERED.

Dated: April 1, 2020
      New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge