```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
STEPHEN BARNES,                                            :
                                                           :
                              Plaintiff,                   :
                                                           :          19-cv-10812 (VSB)
              -against-                                    :
                                                           :                **ORDER**
DXC TECHNOLOGY SERVICES LLC,                               :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. The conference scheduled for April 29, 2021 at 2:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: April 28, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge